# Pechman Law Group PLLC

488 Madison Avenue, 11th Fl.

New York, NY 10022

**Phone:** (212) 583-9500  |  **Fax:**

## ACCOUNT STATEMENT

**Prepared for:**
**Angel Capote**

**RE:**
**Katzman Produce, Inc.**

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $36,041.50 |
| New Balance | $36,041.50 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $36,041.50 |
| Trust Account | $0.00 |

# Pechman Law Group PLLC

488 Madison Avenue, 11th Fl.

New York, NY 10022

**Phone:** (212) 583-9500  |  **Fax:**

## PRE-BILL

**Angel Capote**

| Invoice Date | April 11, 2016 |
|---|---|
| Invoice Number | Pre-bill |
| Invoice Amount | $36,041.50 |

## Matter: Katzman Produce, Inc.

### Attorney's Fees

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 7/15/2015 | Initial meeting with Capote. | L.P. | 1.20 | $720.00 |
| 7/15/2015 | Initial consult with Angel Capote. | G.J.C. | 1.20 | $480.00 |
| 7/21/2015 | Review all ADP paystubs, dating from 2012 to the present, provided by Capote in preparation for drafting Complaint and, later, damages calculations. | G.J.C. | 1.10 | $440.00 |
| 7/31/2015 | Review and revise Complaint. | G.J.C. | 1.30 | $520.00 |
| 8/3/2015 | Review and revise Complaint based on information provided by Capote, Capote's paystubs, and TLO search results. | G.J.C. | 3.40 | $1,360.00 |
| 8/4/2015 | Review and revise Complaint with Capote. | G.J.C. | 1.00 | $400.00 |
| 8/5/2015 | Review and revise Complaint based on information provided by Capote. | G.J.C. | 0.30 | $120.00 |
| 8/7/2015 | Review and revise Complaint. | G.J.C. | 0.20 | $80.00 |
| 8/9/2015 | Review and revise Complaint. | L.P. | 1.30 | $780.00 |
| 8/10/2015 | Review and revise Complaint. | G.J.C. | 0.20 | $80.00 |
| 8/12/2015 | Discussion with Capote and Cuadra re: Complaint. | L.P. | 0.10 | $60.00 |
| 8/12/2015 | Review and finalize Complaint; prepare civil cover sheet. | G.J.C. | 0.60 | $240.00 |
| 8/12/2015 | Speak with Pechman and Capote re demand letter and filing of lawsuit; e-mail Capote Complaint. | G.J.C. | 0.10 | $40.00 |

| 8/14/2015 | Email to Willis Goldsmith, opposing counsel, re: pre-filing resolution. | L.P. | 0.20 | $120.00 |
|---|---|---|---|---|
| 8/17/2015 | Review file and draft and submit FOIA and FOIL requests to the US and NY Departments of Labor. | G.J.C. | 0.40 | $160.00 |
| 8/20/2015 | Telephone conference with Kristina Yost, opposing counsel, re: tolling agreement and background in case; she says other plaintiffs had different positions. | L.P. | 0.30 | $180.00 |
| 8/26/2015 | Email to Jones Day re: tolling. | L.P. | 0.10 | $60.00 |
| 9/3/2015 | Telephone conference with Capote re: status of litigation and possibility of settlement. | L.P. | 0.20 | $120.00 |
| 9/9/2015 | Telephone conference with Cuadra and Yost re: documents, tolling agreement, and settlement negotiations. | L.P. | 0.20 | $120.00 |
| 9/9/2015 | Discuss settlement negotiations, terms of tolling agreement and possible settlement, and documents necessary for settlement with opposing counsel and Pechman. | G.J.C. | 0.20 | $80.00 |
| 9/15/2015 | Review tolling agreement and have it executed; review documents produced by defendants for settlement purposes. | G.J.C. | 0.40 | $160.00 |
| 9/15/2015 | Discuss status of case with Capote. | G.J.C. | 0.20 | $80.00 |
| 9/16/2015 | Review time records provided by defense counsel in connection with drafting damages calculations for settlement purposes. | G.J.C. | 0.60 | $240.00 |
| 9/16/2015 | Review documents received from opposing counsel in connection with drafting damages calculations. | G.J.C. | 1.90 | $760.00 |
| 9/17/2015 | Calculate damages based on documents provided by opposing counsel for settlement purposes and on paystubs received from Capote. | G.J.C. | 1.70 | $680.00 |
| 9/21/2015 | Finish first draft of damages calculations and send them to Pechman. | G.J.C. | 0.50 | $200.00 |
| 9/30/2015 | Discuss initial damages calculations, including documents relied on in calculating damages, amounts with Cuadra. | L.P. | 0.40 | $240.00 |
| 10/1/2015 | Revise damages calculations and send to Pechman. | G.J.C. | 0.20 | $80.00 |
| 10/2/2015 | Review case file, including paystubs and pay records produced by defendants, in connection with revising damages calculations in preparation for meeting with Capote. | G.J.C. | 0.40 | $160.00 |
| 10/2/2015 | Review damages calculations. | L.P. | 0.30 | $180.00 |
| 10/6/2015 | Proofread and edit damages calculations, and discuss them with Cuadra. | L.P. | 0.40 | $240.00 |
| 10/6/2015 | Meet with Capote to review damages and | L.P. | 0.40 | $240.00 |

| | status of settlement negotiations. | | | |
|---|---|---|---|---|
| 10/6/2015 | Discuss initial damages calculations with Pechman. | G.J.C. | 0.30 | $120.00 |
| 10/6/2015 | Review damages calculations, as well as documents underlying damages calculations, with Capote. | G.J.C. | 1.00 | $400.00 |
| 10/16/2015 | Finalize damages calculations and draft e-mail to opposing counsel attaching damages calculations. | G.J.C. | 0.30 | $120.00 |
| 10/19/2015 | Review and revise email to opposing counsel attaching damages calculations. | L.P. | 0.10 | $60.00 |
| 10/30/2015 | Telephone conference with Capote re strategy of case against Katzman. | L.P. | 0.20 | $120.00 |
| 11/4/2015 | Review court dockets for cases against Katzman Produce. | G.J.C. | 0.60 | $240.00 |
| 11/9/2015 | Discuss status and strategy of case with Capote. | G.J.C. | 0.60 | $240.00 |
| 11/16/2015 | Email initial demand to opposing counsel. | L.P. | 0.10 | $60.00 |
| 11/30/2015 | Leave Yost phone message re: possible settlement. | L.P. | 0.10 | $60.00 |
| 11/30/2015 | Call Yost with Pechman and leave her a voicemail to call us back to discuss possible settlement. | G.J.C. | 0.10 | $40.00 |
| 12/1/2015 | Discussion with Yost re: settlement. | L.P. | 0.20 | $120.00 |
| 12/1/2015 | Call client to discuss status of case, left a voicemail. | G.J.C. | 0.10 | $40.00 |
| 12/1/2015 | Discuss status of settlement with opposing counsel and Pechman. | G.J.C. | 0.20 | $80.00 |
| 12/1/2015 | Discuss status of case with client, including work duties and authority of our client to hire, fire, demote, promote, or discipline employees. | G.J.C. | 0.50 | $200.00 |
| 12/4/2015 | Review letter from opposing counsel re: possible settlement terms and e-mail Pechman re: terms proposed in letter and possible response. | G.J.C. | 0.20 | $80.00 |
| 12/6/2015 | Email exchanges with Capote re: Katzman response. | L.P. | 0.30 | $180.00 |
| 12/7/2015 | Discuss status of settlement and filing of lawsuit with Capote. | G.J.C. | 0.30 | $120.00 |
| 12/8/2015 | Discussion with Schaffer and Cuadra re: fluctuating workweek calculations. | L.P. | 0.30 | $180.00 |
| 12/8/2015 | Discuss fluctuating workweek method of calculation with Brian Schaffer, employment attorney, and Pechman. | G.J.C. | 0.30 | $120.00 |
| 12/9/2015 | Final look at revised Complaint. | L.P. | 0.40 | $240.00 |
| 12/9/2015 | Discuss status of case and filing with Capote and Pechman. | G.J.C. | 0.20 | $80.00 |
| 12/9/2015 | Email to defense counsel with Complaint. | L.P. | 0.10 | $60.00 |

| 12/9/2015 | Discuss filing of Complaint with Cuadra and Capote. | L.P. | 0.20 | $120.00 |
|---|---|---|---|---|
| 12/9/2015 | Finalize and file Complaint and civil cover sheet; e-mail Complaint to opposing counsel. | G.J.C. | 1.20 | $480.00 |
| 12/15/2015 | Telephone conference with Capote re: case status after filing of Complaint. | L.P. | 0.20 | $120.00 |
| 12/17/2015 | Discuss WTPA cause of action for failure to give notices, as interpreted in the Second Circuit, and damages for the cause of action with Cuadra. | L.P. | 0.40 | $240.00 |
| 12/17/2015 | E-mail opposing counsel the Court's Order re initial conference (ECF No. 4) and Judge Torres's Individual Rules. | G.J.C. | 0.10 | $40.00 |
| 12/17/2015 | Review letter from opposing counsel re Wage Theft Prevention Act claims and e-mail Pechman about argument made in letter. | G.J.C. | 0.20 | $80.00 |
| 12/17/2015 | Research Wage Theft Prevention Act causes of actions, elements,  and requirements on employers, including decisions by Judges Torres and Francis on these issues, and discuss same with Pechman. | G.J.C. | 2.20 | $880.00 |
| 12/18/2015 | Discuss WTPA, including private causes of action under it, with Capote. | G.J.C. | 0.60 | $240.00 |
| 12/21/2015 | Research WTPA claims on behalf of a collective opt-in plaintiff, especially decisions by Judge Torres and Judge Francis. | G.J.C. | 1.50 | $600.00 |
| 12/23/2015 | Draft e-mail to Yost re Wage Theft Prevention Act Claim in response to her letter dated December 17, 2015. | G.J.C. | 0.20 | $80.00 |
| 12/24/2015 | Email exchange with Yost re dropping WTPA notice claim. | L.P. | 0.30 | $180.00 |
| 12/30/2015 | Discuss certification of collective action and Wage Theft Prevention Act claim with Yost and Pechman. | G.J.C. | 0.30 | $120.00 |
| 12/30/2015 | Discussion with Yost re: collective action and WTPA claim. | L.P. | 0.30 | $180.00 |
| 1/4/2016 | Review Answer, especially affirmative defenses and facts admitted. | G.J.C. | 0.40 | $160.00 |
| 1/8/2016 | Review Yost email re: FLSA Collective. | L.P. | 0.10 | $60.00 |
| 1/12/2016 | Discuss status of case and collective action motion with Capote; agree to meet on 1/19/16 at 4:30 p.m. to discuss in further detail. | G.J.C. | 0.20 | $80.00 |
| 1/19/2016 | Discuss status of case and strategy with Capote. | G.J.C. | 1.30 | $520.00 |
| 1/26/2016 | Draft consent to sue form. | G.J.C. | 0.30 | $120.00 |
| 1/26/2016 | Draft conditional certification stipulation. | G.J.C. | 1.10 | $440.00 |
| 1/26/2016 | Draft notice to FLSA collective. | G.J.C. | 0.30 | $120.00 |
| 1/27/2016 | Proofread and edit Stip and proposed order and | L.P. | 0.70 | $420.00 |

| | draft Notice of Lawsuit; discuss with Cuadra. | | | |
|---|---|---|---|---|
| 1/27/2016 | Review and revise proposed stipulation and order, notice, consent to sue form, and reminder letter for FLSA collective. | G.J.C. | 0.90 | $360.00 |
| 1/27/2016 | Draft and revise proposed stipulation and order, notice of lawsuit, and consent to sue form, as well as proposed reminder letter. | G.J.C. | 1.20 | $480.00 |
| 1/28/2016 | Review email exchange with Notice. | L.P. | 0.20 | $120.00 |
| 1/28/2016 | Finalize stipulation for conditional certification and send it to opposing counsel for review. | G.J.C. | 0.90 | $360.00 |
| 1/29/2016 | Email to Yost re: no response to settlement proposal. | L.P. | 0.10 | $60.00 |
| 2/1/2016 | E-mails with opposing counsel re workers to be included in collective action. | G.J.C. | 0.20 | $80.00 |
| 2/1/2016 | Review Judge Torres's rules re pre-motion conference and requirements to file motions. | G.J.C. | 0.20 | $80.00 |
| 2/1/2016 | Email exchanges with defense counsel re: Notice. | L.P. | 0.20 | $120.00 |
| 2/2/2016 | Discuss status of case with Capote. | G.J.C. | 0.20 | $80.00 |
| 2/2/2016 | E-mail opposing counsel re stipulation to conditional certification. | G.J.C. | 0.10 | $40.00 |
| 2/3/2016 | Review revised proposal from Yost. | L.P. | 0.20 | $120.00 |
| 2/4/2016 | Discuss settlement offer with Pechman. | G.J.C. | 0.20 | $80.00 |
| 2/4/2016 | Research fluctuating workweek decisions in the Second Circuit; research conditional collective action certification decisions by Judges Francis and Torres. | G.J.C. | 2.70 | $1,080.00 |
| 2/4/2016 | Discussion with Cuadra re: settlement offer. | L.P. | 0.20 | $120.00 |
| 2/9/2016 | Discussion with Capote and Cuadra re: settlement offer and case strategy. | L.P. | 0.30 | $180.00 |
| 2/9/2016 | Review draft letters received from opposing counsel. | G.J.C. | 0.20 | $80.00 |
| 2/9/2016 | E-mail client re call to discuss settlement agreement and initial conference letter. | G.J.C. | 0.20 | $80.00 |
| 2/9/2016 | Discuss settlement offer and strategy of case with Capote and Pechman. | G.J.C. | 0.30 | $120.00 |
| 2/9/2016 | Research double liquidated damage decisions by Judges Torres and Francis. | G.J.C. | 0.90 | $360.00 |
| 2/9/2016 | Discuss status of settlement and initial conference letter with Pechman and Yost. | G.J.C. | 0.30 | $120.00 |
| 2/9/2016 | Draft consent to sue form for Capote. | G.J.C. | 0.10 | $40.00 |
| 2/9/2016 | Telephone conference with defense counsel re: scheduling. | L.P. | 0.30 | $180.00 |
| 2/10/2016 | Draft case management plan and plaintiff's side of joint letter to Court. | G.J.C. | 1.50 | $600.00 |
| 2/11/2016 | Discussion with Capote re: status of possible settlement and FLSA Collective Certification Motion. | L.P. | 0.40 | $240.00 |

| 2/11/2016 | Draft collective certification pre-motion letter. | G.J.C. | 0.80 | $320.00 |
|---|---|---|---|---|
| 2/11/2016 | Draft pre-motion letter requesting conference for conditional certification of FLSA collective action. | G.J.C. | 1.10 | $440.00 |
| 2/11/2016 | Review, revise, and send to Pechman drafts of joint letter for initial conference and pre-motion letter. | G.J.C. | 0.30 | $120.00 |
| 2/11/2016 | Review, revise, and draft joint letter to Court and pre-motion letter in support of plaintiff's motion for conditional certification of an FLSA collective action. | G.J.C. | 2.30 | $920.00 |
| 2/11/2016 | Discuss status of case, possibility of a collective action, and settlement amounts and negotiations with Pechman and Capote. | G.J.C. | 0.40 | $160.00 |
| 2/11/2016 | Research, draft, and revise joint letter to Judge Torres. | G.J.C. | 1.20 | $480.00 |
| 2/12/2016 | Review joint letter and civil case management plan filed on ECF. | G.J.C. | 0.10 | $40.00 |
| 2/12/2016 | Discuss joint letter and possible settlement of case with opposing counsel and Pechman. | G.J.C. | 0.20 | $80.00 |
| 2/12/2016 | Discuss letters to judge with Pechman. | G.J.C. | 0.10 | $40.00 |
| 2/12/2016 | Discuss settlement amounts with Capote, then e-mail opposing counsel with offer of $85,000, but without Capote resigning from Katzman. | G.J.C. | 0.30 | $120.00 |
| 2/12/2016 | Speak with opposing counsel, who said defendants are offering $40k. | G.J.C. | 0.20 | $80.00 |
| 2/12/2016 | Review and revise letters to Court; discussion with Cuadra re: same. | L.P. | 0.60 | $360.00 |
| 2/12/2016 | Discussion with opposing counsel and Cuadra re: possible settlement. | L.P. | 0.20 | $120.00 |
| 2/12/2016 | Review, revise, and draft letters to Court with Pechman and send them to opposing counsel. | G.J.C. | 0.60 | $240.00 |
| 2/16/2016 | Discuss settlement with Capote and Pechman. | G.J.C. | 0.60 | $240.00 |
| 2/16/2016 | Research fluctuating workweek's application to case and calculate damages under that method. | G.J.C. | 0.90 | $360.00 |
| 2/16/2016 | Draft and send e-mail to opposing counsel re settlement discussions and pre-motion letter. | G.J.C. | 0.20 | $80.00 |
| 2/16/2016 | Discussion with Cuadra re: approach; review email exchange with defense counsel. | L.P. | 0.40 | $240.00 |
| 2/16/2016 | Telephone conference with Capote re: status of possible settlement and collective action motion. | L.P. | 0.60 | $360.00 |
| 2/16/2016 | Review settlement offer from defendants; discuss settlement offer with Pechman; discuss settlement offer with Capote; draft and send e-mail to opposing counsel with lowered settlement demand. | G.J.C. | 0.40 | $160.00 |

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 2/17/2016 | Research fluctuating workweek decisions from all 2d Circuit courts. | G.J.C. | 1.20 | $480.00 |
| 2/17/2016 | Discuss settlement amounts with Pechman; draft and send e-mail to opposing counsel re client's final offer. | G.J.C. | 0.10 | $40.00 |
| 2/17/2016 | Discussion with Cuadra re: settlement. | L.P. | 0.10 | $60.00 |
| 2/17/2016 | Discuss possible settlement with opposing counsel, who offered $65,000 to settle the case. | G.J.C. | 0.20 | $80.00 |
| 2/17/2016 | Discuss settlement amounts with Capote; discuss settlement with Yost and Pechman. | G.J.C. | 0.40 | $160.00 |
| 2/17/2016 | Discuss settlement amounts with Capote, then with Pechman, and then send proposed settlement amount to opposing counsel. | G.J.C. | 0.60 | $240.00 |
| 2/17/2016 | Discuss initial conference and possible settlement with Pechman; prepare documents for initial conference for Pechman. | G.J.C. | 0.40 | $160.00 |
| 2/17/2016 | Discuss settlement of matter for $70,000 with Capote. | G.J.C. | 0.30 | $120.00 |
| 2/17/2016 | Review order re fairness of settlement. | G.J.C. | 0.10 | $40.00 |
| 2/17/2016 | Finalize research on fluctuating workweek in Second Circuit. | G.J.C. | 0.50 | $200.00 |
| 2/17/2016 | Call Capote and leave voicemail. | G.J.C. | 0.10 | $40.00 |
| 2/17/2016 | Travel and attendance at initial conference before Judge Torres. | L.P. | 1.20 | $720.00 |
| 2/17/2016 | Discussions with Cuadra re: settlement. | L.P. | 0.70 | $420.00 |
| 2/17/2016 | Discussion with Yost re: settlement. | L.P. | 0.30 | $180.00 |
| 3/1/2016 | Review draft settlement agreement. | L.P. | 0.40 | $240.00 |
| 3/1/2016 | Review and revise settlement agreement received from defense counsel. | G.J.C. | 0.70 | $280.00 |
| 3/2/2016 | Review and revise draft settlement agreement and send it to opposing counsel. | G.J.C. | 0.30 | $120.00 |
| 3/4/2016 | Review, revise, and send draft settlement agreement to opposing counsel. | G.J.C. | 0.60 | $240.00 |
| 3/4/2016 | Review final revisions to agreement. | L.P. | 0.20 | $120.00 |
| 3/10/2016 | Review and research joint motion for settlement approval. | G.J.C. | 0.50 | $200.00 |
| 3/10/2016 | Discussion with Cuadra re: fairness letter. | L.P. | 0.10 | $60.00 |
| 3/10/2016 | Review fairness letter. | L.P. | 0.30 | $180.00 |
| 3/10/2016 | Discuss fairness letter structure with Pechman. | G.J.C. | 0.10 | $40.00 |
| 3/14/2016 | Discuss settlement agreement release with opposing counsel via e-mail. | G.J.C. | 0.10 | $40.00 |
| 3/14/2016 | E-mail opposing counsel re inability to have a general release, per Judge Torres's most recent decisions. | G.J.C. | 0.10 | $40.00 |
| 3/14/2016 | Review email exchanges and discussion with Cuadra re: general release. | L.P. | 0.20 | $120.00 |
| 3/15/2016 | Discuss settlement agreement with Capote. | G.J.C. | 0.10 | $40.00 |

| | | | | |
|---|---|---|---|---|
| 3/16/2016 | Review and revise joint motion for approval of settlement agreement. | G.J.C. | 0.50 | $200.00 |
| 3/16/2016 | Research, review, and revise draft of joint motion for approval of settlement agreement received from opposing counsel. | G.J.C. | 0.90 | $360.00 |
| 3/17/2016 | Research, revise, and revise joint motion for approval of settlement agreement. | G.J.C. | 0.70 | $280.00 |
| 3/17/2016 | Review terms and signing of agreement with Capote. | G.J.C. | 0.50 | $200.00 |
| 3/17/2016 | Finalize joint motion in support of settlement agreement with opposing counsel. | G.J.C. | 0.20 | $80.00 |
| 3/17/2016 | Finalize papers for filing tomorrow with opposing counsel, including motion and settlement agreement, as well as stipulation to dismiss case. | G.J.C. | 0.20 | $80.00 |
| 3/18/2016 | Draft and send letter to Court (and a copy to opposing counsel) enclosing courtesy copies of motion and settlement agreement. | G.J.C. | 0.20 | $80.00 |
| 3/18/2016 | File joint motion for settlement approval and settlement agreement, with stipulation to dismiss. | G.J.C. | 0.10 | $40.00 |
| 3/31/2016 | Discuss status of settlement with Capote. | G.J.C. | 0.10 | $40.00 |
| 4/6/2016 | Draft declaration of Louis Pechman in further support of settlement. | G.J.C. | 1.10 | $440.00 |
| 4/8/2016 | Discuss response to Court order denying settlement approval with Pechman and e-mail opposing counsel re next steps to seek approval. | G.J.C. | 0.10 | $40.00 |
| 4/8/2016 | Exchange e-mails with opposing counsel re how to submit a revised agreement, or how to amend the currently filed agreement, to comply with the Court's order. | G.J.C. | 0.20 | $80.00 |
| 4/8/2016 | Review all time records to date in connection with drafting Pechman Declaration in further support of approval of the parties' settlement. | G.J.C. | 1.10 | $440.00 |
| 4/10/2016 | Review and revise Pechman declaration. | L.P. | 0.80 | $480.00 |
| 4/11/2016 | Research, review, and revise Pechman Declaration in further support of approval of settlement. | G.J.C. | 0.20 | $80.00 |
| 4/11/2016 | Review and revise Pechman Declaration, then send it to opposing counsel for review. | G.J.C. | 0.20 | $80.00 |
| 4/11/2016 | Discuss redaction of time records with Judge Torres's clerk, who said to e-mail Court copy of documents as directed in Judge Torres's rules and explain in cover letter that information is, at least in part, privileged and cannot be sent to opposing counsel. | G.J.C. | 0.10 | $40.00 |
| 4/11/2016 | Review defendants' revision to settlement | G.J.C. | 0.20 | $80.00 |

| | | | |
|---|---|---|---|
| | agreement's release language and e-mail back execution copy of agreement to defense counsel. | | |
| **SUBTOTAL** | | **80.40** | **$35,580.00** |

## Costs

| | | |
|---|---|---|
| 7/31/2015 | TLO search on company and owners. | $48.00 |
| 11/19/2015 | FOIL Request fee. | $13.50 |
| 12/9/2015 | SDNY filing fee of $400.00 | $400.00 |
| **SUBTOTAL** | | **$461.50** |

## Matter Ledgers

| | | |
|---|---|---|
| | | |
| **SUBTOTAL** | | **$0.00** |

## Trust Account

| | | |
|---|---|---|
| 4/11/2016 | Previous Balance | $0.00 |
| **AVAILABLE IN TRUST** | | **$0.00** |

## Invoice Summary

| | |
|---|---|
| **TOTAL** | **$36,041.50** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **CURRENT BALANCE DUE AND OWING** | **$36,041.50** |